UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| BRIGID CAPPELLETTI and SCOTT CHESLA, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 5:25-cv-00009-LGW-BWC |
| GEORGIA DEPARTMENT OF COMMUNITY AFFAIRS (DCA), CHRISTOPHER NUNN, in his official capacity as Commissioner of DCA, WESLEY BROOKS, in his official capacity as Deputy Commissioner of Homeownership for DCA, GOVERNOR'S OFFICE OF PLANNING AND BUDGET (OPB), RICHARD DUNN, in his official capacity as Director of OPB, TREY BENNETT, in his official capacity as Director of the Grants Division and General Counsel of OPB, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' MOTION TO DISMISS

Defendants Georgia Department of Community Affairs (DCA), Christopher Nunn, Wesley Brooks, Governor's Office of Planning and Budget (OPB), Richard Dunn, and Trey Bennett, through counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully file this motion to dismiss the claims asserted against them because, as set forth in the accompanying brief: 1) Plaintiffs fail to state a claim for injunctive relief; 2) the claims brought under 42 U.S.C. § 1983 are barred by the Eleventh Amendment, sovereign immunity, and the text of section 1983; 3) the individual Defendants cannot be sued under Title VI; 4) OPB cannot be sued under Title VI because it was not the "recipient" of the federal funds; 5) Plaintiffs fail to state a claim

for violation of the Equal Protection Clause and Title VI; and 6) the individual Defendants are entitled to qualified immunity.

WHEREFORE, Defendants Georgia Department of Community Affairs, Christopher Nunn, Wesley Brooks, Governor's Office of Planning and Budget, Richard Dunn, and Trey Bennett request that the Court grant this motion and dismiss all claims asserted against them in this action.

Respectfully submitted,

| | |
|---|---|
| Christopher M. Carr<br>Attorney General | 112505 |
| Loretta L. Pinkston-Pope<br>Deputy Attorney General | 580385 |
| Laura L. Lones<br>Senior Assistant Attorney General | 456778 |
| /s/ William W. Peters<br>William W. Peters<br>Assistant Attorney General | 515342 |
| /s/ Maigan J. Jenkins<br>Maigan J. Jenkins<br>Assistant Attorney General | 568725 |

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Maigan Jenkins
State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 585-8916
Fax: (404) 651-5304
Email: mjenkins@law.ga.gov

## CERTIFICATE OF SERVICE

    I hereby certify that I have on this day served the foregoing with the Clerk of Court using the CM/ECF system, which constitutes service on all attorneys who have appeared in this case and are registered to use the ECF system.

    This 24th day of June, 2025.

/s/ Maigan Jenkins